1   **DALE A. BLICKENSTAFF** - #40681
Attorney at Law

2   2350 W. Shaw Ave, Suite 132
Fresno, California 93711

3   (559) 432-0986 Telephone
(559) 432-4871 Facsimile

4

5   Attorney for Defendant, RONALD J. SPEARS

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,     )   **Case No. 1:09-CR-00346 LJO DLB**
                                  )

12              Plaintiff,     )   **STIPULATION AND ORDER FOR**
                                  )   **CONTINUANCE OF DISPOSITION**

13   v.                          )   **HEARING**
                                  )

14   RONALD J. SPEARS,          )
                                  )   **DATE:**    **April 16, 2012**

15             Defendant.   )   **TIME:**    **8:30 a.m.**
                                  )   **JUDGE:**   **Lawrence J. O'Neill**

16   _____  )

17         IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States

18   Attorney and Yasmin Mohammad, Assistant U.S. Attorney and Dale Blickenstaff, attorney for

19   Ronald James Spears that the Disposition Hearing set for April 16, 2012 at 8:30 a.m. be

20   continued to April 30, 2012 at 8:30 a.m.

21         Additional time is needed by the defense to collect materials which will assist in the

22   preparation of a defense sentencing memorandum.  Specifically, the defense is attempting to

23   obtain the investigative reports of the various police contacts mentioned in the Dispositional

24   Memorandum which was received by the defense on April 10, 2012.

25         In addition, the defendant is attempting to locate and determine his eligibility for a

26   residential drug treatment program which, if acceptable, could be relevant to any potential

27   sentence.

28   **STIPULATION AND ORDER FOR CONTINUANCE OF DISPOSITION  HEARING**
**Case No. 1:09-CR-00346 LJO**

1    For the reasons set forth above, the parties respectfully request that the dispositional

2  hearing scheduled for April 16, 2012, be moved to April 30, 2012 at 8:30 a.m.

3

4  Dated: April 11, 2012                                    Respectfully submitted,

5                                                           BENJAMIN B. WAGNER
                                                            United States Attorney
6
                                                            By    /s/ Yasmin Mohammad
7                                                           YASMIN MOHAMMED
                                                            Assistant U.S. Attorney
8
   Dated: April 11, 2012                                    By    /s/ Dale Blickenstaff
9                                                           DALE BLICKENSTAFF
                                                            Attorney for Ronald J. Spears
10

11

12  IT IS SO ORDERED.

13  **Dated:    April 11, 2012**                 _____/s/ Lawrence J. O'Neill_____
                                                            UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **STIPULATION AND ORDER FOR CONTINUANCE OF DISPOSITION  HEARING**
   **Case No. 1:09-CR-00346 LJO**