**FILED**

APR 01 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No. 1:09CR00346-001 LJO |
| vs. | ORDER OF RELEASE |
| RONALD JAMES SPEARS | |
| Defendant. | |

The above named defendant having been sentenced on March 31, 2014, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Turning Point in Bakersfield, California forthwith, certified Judgment and Commitment order to follow.

Dated: April 1, 2014

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1